

## COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00098-CR

ROGER CECIL PERRY, JR. A/K/A                                          APPELLANT
RODGER CECIL PERRY, JR.

V.

THE STATE OF TEXAS                                                        STATE

----------

### FROM THE 371ST DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1]

----------

Appellant Roger Cecil Perry, Jr. a/k/a Rodger Cecil Perry, Jr., pro se, attempts to appeal from a judgment adjudicating him guilty of aggravated robbery with a deadly weapon. The trial court's certification states that this "is a plea-bargain case, and the defendant has NO right of appeal." *See* Tex. R. App. P. 25.2(a)(2). On March 11, 2013, we notified Perry that the appeal would be

---

[1]*See* Tex. R. App. P. 47.4.

dismissed pursuant to the trial court's certification unless he or any party desiring to continue the appeal filed a response on or before March 21, 2013, showing grounds for continuing the appeal. *See* Tex. R. App. P. 25.2(d), 44.3. Perry filed a response, but it does not show grounds for continuing the appeal. We deny Perry's motion for a bench warrant, and in accordance with the trial court's certification, we dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

PER CURIAM

PANEL: MEIER, J.; LIVINGSTON, C.J.; and GABRIEL, J.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: May 2, 2013